142 So. 924

**Tommie MONTGOMERY v. STATE.**

8 Div. 467.

Court of Appeals of Alabama.
May 24, 1932.

Rehearing Stricken June 14, 1932.

RICE, J.
Affirmed.

139 So. 920

**W. T. MOONEYHAM v. CITY OF HARTSELLE.**

8 Div. 303.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

142 So. 924

**Andrew MOORE v. STATE.**

7 Div. 886.

Court of Appeals of Alabama.
June 7, 1932.

SAMFORD, J.
Appeal dismissed.

145 So. 922

**Howard MOORE v. STATE.**

6 Div. 366.

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Affirmed.

145 So. 922

**Curtis, alias Curt, MORGAN v. STATE.**

7 Div. 945.

Court of Appeals of Alabama.
Jan. 17, 1933.

BRICKEN, P. J.
Appeal dismissed.

140 So. 926

**Jeff MORRELL v. STATE.**

4 Div. 863.

Court of Appeals of Alabama.
April 5, 1932.

BRICKEN, P. J.
Appeal dismissed.

140 So. 926

**John B. MORRISON v. STATE.**

8 Div. 431.

Court of Appeals of Alabama.
March 22, 1932.

BRICKEN, P. J.
Affirmed.